*For reversal/vacation/reinstatement/remandment*—Chief Justice RABNER and Justices LaVECCHIA, ALBIN, PATTERSON, FERNANDEZ–VINA, Judges RODRÍGUEZ (temporarily assigned) and CUFF (temporarily assigned)—7.

*Opposed*—None.

98 A.3d 582

### IN THE MATTER OF WANDA MOLINA, AN ATTORNEY AT LAW (ATTORNEY NO. 013591989).

September 25, 2014.

### ORDER

This matter having been duly presented, it is ORDERED that **WANDA MOLINA** formerly of **JERSEY CITY,** who was admitted to the bar of this State in 1989, and who was suspended from the practice of law for a period of six months effective February 28, 2014, by Order of this Court filed January 31, 2014, be restored to the practice of law, effective immediately.